UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA POTTS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | MISCELLANEOUS ACTION H-06-407 |
| | § | |
| USA, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Pending before the court is plaintiff Patricia Potts's motion for permission to file suit. Dkt. 1. The plaintiff is required to file this type of motion because she filed and litigated a frivolous suit against her mother, Helen M. Leonard, and multiple government entities. *See Potts v. Office of the Attorney General*, No. H-04-2852. That suit is currently on appeal to the Fifth Circuit Court of Appeals. *See Potts v. Crosby Indep. Sch. Dist.*, No. 05-20615.

This motion is not her first request to file suit. She has requested to file suit on the same issues twice in May 2006 and once in August 2006. Because of the repetitive and unmeritorious nature of her numerous requests, her last motion for permission to file suit resulted in an order precluding her from filing suit and warning her that failure to comply could result in monetary sanctions and/or civil contempt. *See In re: Patricia Potts*, No. H-06-MC-369, at Dkt. 3. Nonetheless, she has filed another motion for permission to file suit in violation of that order. Accordingly, the plaintiffs motion is DENIED.

Additionally, in order to be perfectly clear, the court warns Ms. Potts that **any further filings in violation of the court's preclusion order will bring immediate monetary sanctions and/or civil contempt charges.**

It is so ORDERED.

Signed at Houston, Texas on October 6, 2006

_____
Gray H. Miller
United States District Judge